PER CURIAM.

(No. 73—CC—322)

URBAN TECHNICAL CENTERS, INC., Claimant, *vs*. STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed June 15, 1973.*

URBAN TECHNICAL CENTERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

Per Curiam.